IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| HEATH B CLARK | ) CIVIL ACTION NO. |
| PLAINTIFF | ) 2:06-CV-843-MHT |
| V. | ) |
| MONTGOMERY CITY POLICE DEPT. ET. AL. | ) |
| DEFENDANTS | ) |

## MOTION TO DISMISS COMPLAINT

THE PLAINTIFF MOVES THE COURT TO DISMISS HIS 42 USC-1983 CIVIL RIGHTS COMPLAINT AGAINST THE NAMED DEFENDANTS. THE PLAINTIFF'S REASONS FOR WANTING A DISMISSAL COME AS FOLLOWS:

1. THE PLAINTIFF IS INCARCERATED IN A DIFFERENT STATE THAN THE PLAINTIFFS
  a. THE PLAINTIFF HAS ALREADY, AND FEELS HE WILL CONTINUE TO HAVE MULTIPLE PROBLEMS COMMUNICATING WITH THE COURTS AND THE DEFENDANTS - (LAWYERS).

(1)

B. The Plaintiff is being denied access to long distance phone calls to contact the court and to investigate the true names of the "John Doe" defendants I previously named in my complaint.

C. The Plaintiff in the future will have no possible way to get to future court proceedings, for he will be incarcerated outside the state of Alabama.

D. The Plaintiff has much difficulty in trying to find professional counsel for representation because he is incarcerated and resides out of the state of Alabama.

2. The Plaintiff cannot afford to pay the rest of the filing fee, he has no income nor any one sending him money any longer to his inmate account.

3. The Plaintiff strongly feels that the Plaintiffs who are named - Chief of Police Art Baylor & County Sheriff

(2)

D.T. Marshall will not assume responsibility for the missing property. Which will make them immune to the suit and since I don't know the subordinate names of the officers who had possession of my property, by civil law procedures the "John Does" are immune also.

4. The Plaintiff -acting pro se, has no sources in his possession to build a case and litigate.

A. The Plaintiff is incarcerated in a jail where no civil law - federal law rules and procedure books are available.

B. The Plaintiff is unlettered in law, and will have no "fair fight" or case building skills against defense attornies.

The Plaintiff wishes to furthermore state to the <u>COURT</u> -only, that he respectfully apologizes for any inconveniences that he has caused with this decision. The Plaintiff was unaware of what this

(3)

Filing of a USC 42 1983 complaint would entail. No, I do not wish to forfeit my statements of my Constitutional Rights being violated by my property being illegally seized and kept. My argument is not over clothes or electronics, or any of my other property that was seized and not given back. It's over the expensive, near irreplacable ball cards I had, which totaled up to about 2800.00, that I've been colecting for years. My argument is also over the multiple letters and my family's phone calls to both departments where no replies to either letters nor call backs.

If I knew of any way else to fight my complaints and protect my rights, I would, but I do not. I'm basically out of a lot of property that is "justly" mine.

Again, the Plaintiff respectfully apologizes for not completing the court process. He wishes not to take up the courts time any longer with a civil case not obtainable to win.

(4)

RESPECTFULLY SUBMITTED, ON THIS DATE OF 10.18.06

*Heath B Clark*

HEATH B CLARK

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT A TRUE COPY OF THE FOREGOING HAS BEEN SENT VIA FIRST CLASS POSTAGE TO:

D.T. MARSHALL - COUNTY SHERIFF
P.O. BOX 4219
MONTGOMERY, AL. 36103

ART BAYLOR - CHIEF OF POLICE
320 N. RIPLEY ST.
MONTGOMERY, AL. 36101

ON THIS DAY OF OCTOBER 18, 2006

*Heath B Clark*
HEATH B CLARK
150 Church St
LEWISBURG, TN.
37091

(5)