IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HEATH B. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv843-MHT |
| | ) | |
| ART BAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 1, 2006 (doc. no. 10), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the plaintiff's motion to dismiss (doc. no. 9) be and is hereby GRANTED;

3. That this case be and is hereby DISMISSED without prejudice.

DONE, this the 20th day of November, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE